AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DILBERT E. COREAS, | ) | Case No. 13-8225-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

APR 24 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4 - 24, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Sections 1326(a) and (b)(2) | Illegal reentry after deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher T. Whitenton, Special Agent, HSI
*Printed name and title*

I find probable cause.

Sworn to before me and signed in my presence.

Date: 4/24/13

_____
*Judge's signature*

City and state: West Palm Beach, FL

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

# AFFIDAVIT
Case No. 13-8225-JMH

Your affiant, Christopher Whitenton, first being duly sworn, does hereby depose and state as follows:

1. Your affiant, Special Agent Christopher Whitenton, of the United States Department of Homeland Security, Homeland Security Investigations (HSI), has been so employed since November 2006. Your Affiant is currently assigned to the Office of the Assistant Special Agent in Charge in West Palm Beach, Florida.

2. As a Special Agent of Homeland Security Investigations, your affiant has received 23 weeks of training at the Federal Law Enforcement Training Center, which included the application of Federal Statutes, Federal Court procedures, and the techniques required to insure the admissibility of evidence at trial. Your affiant has been a sworn Federal Special Agent with HSI since May, 2007. During the course of his employment, your affiant has been involved in the investigation of illegal immigration and the importation of narcotics.

3. Your affiant is familiar with the facts and circumstances surrounding this investigation as set forth herein, both from his own investigative efforts and from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to charge.

4. On or about March 6, 2013, Palm Beach County Sheriff's Office (PBSO) Gang Unit Detectives requested assistance from your affiant in identifying a subject residing at 1300 Wellington Street, West Palm Beach, Florida (hereinafter "the subject"), an area your affiant knows to be located within Palm Beach County and the Southern District of Florida. In the course of their investigative

duties, Gang Unit detectives observed the subject through computer social media displaying photographs suggestive of his gang involvement, more specifically the transnational criminal street gang Mara Salvatrucha (MS-13). As a result of his own and PBSO Gang Unit investigation, your affiant identified the subject of the PBSO Gang Unit inquiry as Dilbert E. COREAS, and requested that individual's U.S. Immigration Alien file ("A File"). Certified Florida criminal history records contained in COREAS's A File establish that COREAS was convicted on or about June 17, 2009, in Palm Beach County Circuit Court for felony possession of cocaine with intent to sell, felony tampering with evidence, resisting arrest. As a result of this conviction COREAS's A File indicates that on September 17, 2012, COREAS was ordered removed from the U.S. to El Salvador, and was removed on or about November 1, 2012.

5. Your affiant notes that he was shown facial photographs of the subject taken from the aforementioned social media by Detective Brandon West of the PBSO Gang Unit, and compared them to a facial photograph of the person previously convicted of felony offenses and removed under the name Dibert E.COREAS, contained in the A File. In your affiant's opinion, they are one and the same individual. In addition, your affiant showed Detective West COREAS's facial photograph from the COREAS A File. Detective West positively identified COREAS as the person he had personally observed on prior occasions while conducting physical surveillance in Palm Beach County, Florida, as recently as early-April, 2013.

6. According to social media outlets, COREAS operates "Itza Kidzworld Party Planning and Rental," and PBSO Gang Unit Detectives have observed him operating bounce houses and conducting pony rides at local Palm Beach County events within the Southern District of Florida, thus confirming his physical presence in the United States after being formally deported as an

aggravated felon to his home country of El Salvador in October, 2012. At the request of your affiant, U.S. Citizenship and Immigration Services (CIS) conducted database system queries which revealed that COREAS has not obtained consent from the Attorney General of the United States, or from the Secretary of the Department of Homeland Security, for re-admission in the United States in accordance with Title 6, United States Code, Sections 202(3) and (4), and United States Code, Section 557.

7. Based on the forgoing, your affiant submits that probable cause exists to charge Dilbert E. COREAS with violation of Title 8, United States Code, Section 1326(a) and (b)(2), in that COREAS, an alien previously removed from the United States pursuant to a removal order is presently within the United States, and specifically Palm Beach County and the Southern District of Florida, without prior approval of the Secretary of Homeland Security.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Christopher T. Whitenton
Special Agent
Homeland Security Investigations

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 24TH DAY OF
APRIL, 2013, AT WEST PALM
BEACH, FLORIDA.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   13-8225-JMH

UNITED STATES OF AMERICA

vs.

DILBERT E. COREAS,

        **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:  _____[signature]_____
        JOHN C. McMILLAN, JR.
        ASSISTANT UNITED STATES ATTORNEY
        John.McMillan@usdoj.gov
        Admin. No. A5500228
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777